**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. CHARLES SHULRUFF, D.D.S., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 17-cv-04098 |
| v. | ) ) ) | Honorable Amy J. St. Eve Magistrate Judge Mary M. Rowland |
| ENDOCO, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Dr. Charles Shulruff, DDS ("Plaintiff") and Endoco, Inc. ("Defendant") have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 28 days.

Respectfully submitted,

/s/ *Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 26, 2017, a true and correct copy of the foregoing document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system.

       /s/ *Dulijaza Clark*
       Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)